IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00155-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FORTINO CALLETANO-CABRERA,

    Defendant.

---

### ORDER DENYING MOTION FOR RECONSIDERATION OF SENTENCE

**Blackburn, J.**

The matter is before me on the **Motion For Reconsideration of Sentence** [#24][1] filed on September 16, 2011, by the defendant Fortino Calletano-Cabrera.[2] Having considered carefully all relevant adjudicative facts in the record, the reasons stated and arguments advanced by the defendant in his motion, and the applicable law, I find and conclude that the motion should be denied.

**THEREFORE, IT IS ORDERED** defendant's *pro se* **Motion For Reconsideration of Sentence** [#24] filed September 16, 2011, by the defendant

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Because the defendant is proceeding pro se, I construe his papers liberally. *See* **Erickson v. Pardus**, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).

Fortino Calletano-Cabrera is **DENIED**.

Dated May 2, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge