IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00155-REB-1
Civil Action Nos. 12-cv-01130-REB and 12-cv-01258-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. FORTINO CALLETANO-CABRERA,

    Defendant-Movant.
_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Robert E. Blackburn [#42], filed April 30, 2013, the following Final Judgment is hereby entered:

    1.    The Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [#27] filed May 8, 2012, by the defendant-movant is DENIED; and

    2.    That under 28 U.S.C. § 2253(c)(2), a certificate of appealability is DENIED.

    3.    The corresponding civil action is hereby CLOSED.

DATED at Denver, Colorado, this  1st  day of May, 2013.

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                      Edward P. Butler, Deputy Clerk